# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy No.  16-21603-JAD |
| ) | |
| **Charles F. Sobien** ) | Chapter 13 |
| **Lori Ann Sobien** ) | |
| ) | RE: Claim No. NA |
| **Debtors** ) | |
| ) | |
| **Bank of America, N.A.** ) | |
| **Movant** ) | |
| ) | |
| vs. ) | |
| ) | |
| **Charles F. Sobien, Lori Ann Sobien and** ) | |
| **Ronda J. Winnecour, Esq., Trustee** ) | |
| ) | |
| **Respondents** ) | |

### DECLARATION IN RESPONSE TO ORDER OF COURT DATED AUGUST 4, 2016

AND NOW, come the Debtors, Charles F. Sobien and Lori Ann Sobien, by and through their attorneys, Mahady & Mahady, Robert H. Slone, Esquire, and files this Declaration in Response to the Order of Court Dated August 4, 2016, upon consideration of the Notice of Mortgage Payment Change filed by Bank of America, N.A. at Claim No. NA, and alleges as follows:

1. The Notice of Mortgage Payment Change shows that the monthly payment to Bank of America, N.A. will be $205.34 effective August 25, 2016. The payment prior to this date is $202.40.

2. Therefore, this Declaration states that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt.

                                                      Respectfully submitted,

Date: August 5, 2016

                                                    /S/ ROBERT H. SLONE
                                                    Robert H. Slone, Esquire
                                                    MAHADY & MAHADY
                                                    223 South Maple Avenue
                                                    Greensburg, PA 15601
                                                    (724) 834-2990
                                                    PA ID No. 19963
                                                    robertslone223@gmail.com