# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy No. 16-21603-JAD |
| ) | |
| **Charles F. Sobien** ) | Chapter 13 |
| **Lori Ann Sobien** ) | |
| ) | RE: Claim No. 3 |
| **Debtors** ) | |
| ) | |
| **The Bank of New York Mellon, et al.** ) | |
| **Movant** ) | |
| ) | |
| vs. ) | |
| ) | |
| **Charles F. Sobien, Lori Ann Sobien and** ) | |
| **Ronda J. Winnecour, Esq., Trustee** ) | |
| ) | |
| **Respondents** ) | |

### DECLARATION IN RESPONSE TO ORDER OF COURT DATED OCTOBER 4, 2016

AND NOW, come the Debtors, Charles F. Sobien and Lori Ann Sobien, by and through their attorneys, Mahady & Mahady, Robert H. Slone, Esquire, and files this Declaration in Response to the Order of Court Dated October 4, 2016, upon consideration of the Notice of Mortgage Payment Change filed by The Bank of New York Mellon at et al at Claim No. 3, and alleges as follows:

1. The Notice of Mortgage Payment Change shows that the monthly payment to The Bank of New York Mellon et al will be $201.94 effective October 25, 2016. The payment prior to this date is $205.34.

2. Therefore, this Declaration states that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt.

Respectfully submitted,

Date: October 5, 2016

/S/ ROBERT H. SLONE
Robert H. Slone, Esquire
MAHADY & MAHADY
223 South Maple Avenue
Greensburg, PA 15601
(724) 834-2990
PA ID No. 19963
robertslone223@gmail.com