**Form 237**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Charles F. Sobien** | : | Case No. 16–21603–JAD |
| **Lori Ann Sobien** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| The Bank of New York Mellon, et al | : | |
| *Movant,* | : | Related to Claim No. 3 |
| | : | |
| v. | : | |
| Charles F. Sobien, | : | |
| Lori Ann Sobien and | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

    **AND NOW**, this **4th day of October, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *The Bank of New York Mellon, et al* at Claim No. 3 in the above−captioned bankruptcy case,

    It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

    *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Charles F. Sobien  
Lori Ann Sobien  
      Debtors

Case No. 16-21603-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz     Page 1 of 1     Date Rcvd: Oct 04, 2016  
                          Form ID: 237     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2016.  
db/jdb         Charles F. Sobien,    Lori Ann Sobien,    332 Solomon Temple Rd,    Latrobe, PA   15650-9377  
               +Bank of America, N.A.,    Attn: Kendrick Stribling,    16001 N. Dallas Pkwy,  
               Addison, TX 75001-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2016 at the address(es) listed below:  
           Andrew F Gornall    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...  
            agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
           Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...  
            bkgroup@kmllawgroup.com  
           Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
           Robert H. Slone    on behalf of Joint Debtor Lori Ann Sobien robertslone223@gmail.com,  
            rslone@pulsenet.com;G17689@notify.cincompass.com  
           Robert H. Slone    on behalf of Debtor Charles F. Sobien robertslone223@gmail.com,  
            rslone@pulsenet.com;G17689@notify.cincompass.com  
           Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                                                                                              TOTAL: 6