**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **N RE:** | ) | **Case No. 16-21603-JAD** |
| | ) | |
| **Charles F. Sobien** | ) | **Chapter 13** |
| **Lori Ann Sobien** | ) | |
|       **Debtors** | ) | **Document No.** |
| | ) | |
| **Charles F. Sobien** | ) | |
| **Lori Ann Sobien** | ) | **Hearing Date: 12/20/16 @ 10:00 am** |
|       **Movants** | ) | **Courtroom D** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Calvary Investments, LLC** | ) | |
| | ) | |
|       **Respondent** | ) | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON DEBTOR'S OBJECTION TO CLAIM**

TO THE RESPONDENTS AND ALL PARTIES IN INTEREST:

      You are hereby notified that the above Movants seek an order affecting your rights or property.

      You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than **December 1, 2016,** i.e., seventeen (17) calendar days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at **www.pawb.uscourts.gov.** If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov. to verify if a default order was signed or if the hearing will go forward as scheduled.

      **You should take this to your Lawyer at once.**

      **A hearing will be held on Tuesday, December 20, 2016 at 10:00 a.m. before the Honorable Jeffery A. Deller in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.** Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An Order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service:   November 14, 2016

                                  /s/ ROBERT H. SLONE
                                  Robert H. Slone, Esquire
                                  Attorney for Debtors
                                  PA I.D. No. 19963
                                  MAHADY & MAHADY
                                  223 South Maple Avenue
                                  Greensburg, PA 15601
                                  (724) 834-2990
                                  robertslone223@gmail.com