# IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **N RE:** | ) | **Case No. 16-21603-JAD** |
| | ) | |
| **Charles F. Sobien** | ) | **Chapter 13** |
| **Lori Ann Sobien** | ) | |
| Debtors | ) | **RE: Document Nos. 52 & 53** |
| | ) | |
| **Charles F. Sobien** | ) | |
| **Lori Ann Sobien** | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **Calvary Investments, LLC** | ) | |
| | ) | |
| Respondent | ) | |

### CERTIFICATION OF NO OBJECTION REGARDING
### DEBTORS' OBJECTION TO CLAIM

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *Debtors' Objection to Claim* has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the *Debtors' Objection to Claim* appears thereon. Pursuant to the Notice of Hearing, objections to the *Debtors' Objection to Claim* were to be filed and served no later than December 1, 2016.

It is hereby respectfully requested that the Order attached to the *Debtors' Objection to Claim* be entered by the Court.

Dated:   December 2, 2016                    By:  /s/ ROBERT H. SLONE
                                                                Robert H. Slone, Esquire
                                                                MAHADY & MAHADY
                                                                223 South Maple Avenue
                                                                Greensburg, PA 15601
                                                                (724) 834-2990
                                                                PA I.D. No. 19963
                                                                robertslone223@gmail.com