**Form 237**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Charles F. Sobien** | : | Case No. 16−21603−JAD |
| **Lori Ann Sobien** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| BANK OF AMERICA, N.A | : | |
| *Movant,* | : | Related to Claim No. 3 |
| | : | |
| v. | : | |
| Charles F. Sobien | : | |
| Lori Ann Sobien | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

      **AND NOW**, this **4th day of May, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *BANK OF AMERICA, N.A* at Claim No. 3 in the above−captioned bankruptcy case,

      It is hereby ***ORDERED*** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)    an ***AMENDED CHAPTER 13 PLAN;***

    (2)    a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)    an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-21603-JAD
Charles F. Sobien                                                         Chapter 13
Lori Ann Sobien
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: aala    Page 1 of 1    Date Rcvd: May 04, 2017
                        Form ID: 237    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2017.
db/jdb         Charles F. Sobien,    Lori Ann Sobien,    332 Solomon Temple Rd,    Latrobe, PA 15650-9377
14221593       Bank of New York Mellon,    Bank of America, NA,    16001 Dallas Pkwy,    Addison, TX 75001-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2017 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...
       agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...
       bkgroup@kmllawgroup.com
      Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...
       bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Robert H. Slone    on behalf of Debtor Charles F. Sobien robertslone223@gmail.com,
       rslone@pulsenet.com;G17689@notify.cincompass.com
      Robert H. Slone    on behalf of Joint Debtor Lori Ann Sobien robertslone223@gmail.com,
       rslone@pulsenet.com;G17689@notify.cincompass.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                      TOTAL: 7