IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Charles F. Sobien | ) | Case No.: 16-21603 JAD |
| Lori Ann Sobien | ) | Chapter 13 |
|   Debtor(s) | ) | |
| _____ | ) | |
| Ronda J. Winnecour, Chapter 13 | ) | |
| Trustee, | ) | |
| | ) | |
|   Movant, | ) | Related Doc. 83, 84 |
| | ) | |
|   Vs. | ) | |
| The Bank of New York Mellon fka The | ) | |
| Bank of New York Successor indenture | ) | |
| Trustee to JPMorgan Chase Bank, N.A. | ) | Hearing Date: 3-7-2018 |
| Successor by Merger to Bank One, N.A., | ) | |
| As indenture Trustee for CWABS Master | ) | |
| Trust, Revolving Home Equity Loan | ) | |
| Asset Backed Notes, Series 2003-A | ) | |
|   Respondent(s) | ) | |

### CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Objection filed on January 9, 2018 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Objection appears thereon.  Pursuant to the Notice of Hearing, responses to the Trustee's Objection were to be filed and served no later than February 7, 2018.

3-6-2018

/s/ Ronda J. Winnecour
Ronda J. Winnecour
Chapter 12 Trustee PA I.D.#30399
U.S. Steel Tower- Suite 3250
600 Grant Street
Pittsburgh PA  15219
cmecf@chapter13trusteewdpa.com