IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Charles F. Sobien<br>Lori Ann Sobien<br>    Debtor(s)<br><br>Ronda J. Winnecour, Chapter 13<br>Trustee,<br><br>    Movant,<br><br>    Vs.<br>The Bank of New York Mellon fka The<br>Bank of New York Successor indenture<br>Trustee to JPMorgan Chase Bank, N.A.<br>Successor by Merger to Bank One, N.A.,<br>As indenture Trustee for CWABS Master<br>Trust, Revolving Home Equity Loan<br>Asset Backed Notes, Series 2003-A<br>    Respondent(s) | **DEFAULT O/E JAD**<br><br>Bankruptcy No. 16-21603-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 83 |

ORDER

AND NOW, this <u>6th</u> day of <u>March</u>, 2018, upon consideration of Trustee's Objection to Notice of Postpetition Mortgage Fees, Expenses and Charges, it is hereby

ORDERED that the charges requested in the Notice of Postpetition Mortgage Fees, Expenses and Charges are disallowed. It is further

ORDERED that the Respondent is to provide to the Court proof that the records have been adjusted to remove these charges not later than 60 days from the date of this Order. The proof must include a notarized affidavit by a corporate officer reflecting that the charges have been removed as well as full and comprehensible loan history from the inception of the loan. It is further

ORDERED that in the event that the creditor choses to withdraw the Notice of Postpetition Mortgage Fees, Expenses and Charges, the Respondent provide proof at the time of the withdrawal that the records have been corrected to show that there are no charges for the amounts claimed in the Notice. It is further

ORDERED that no additional charges will be assessed for defending the objection or for compliance with this Order.

BY THE COURT:

FILED
3/6/18 11:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ mas
Jeffery A. Deller
Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 16-21603-JAD
Charles F. Sobien                                                      Chapter 13
Lori Ann Sobien
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: aala            Page 1 of 1           Date Rcvd: Mar 06, 2018
                        Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2018.
db/jdb          Charles F. Sobien,    Lori Ann Sobien,    332 Solomon Temple Rd,    Latrobe, PA  15650-9377
cr              Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    PO BOX 31785,
                 TAMPA, FL  33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...
               agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone    on behalf of Debtor Charles F. Sobien robertslone223@gmail.com,
               rslone@pulsenet.com;G17689@notify.cincompass.com
              Robert H. Slone    on behalf of Joint Debtor Lori Ann Sobien robertslone223@gmail.com,
               rslone@pulsenet.com;G17689@notify.cincompass.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7