**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy No. 16-21603-JAD |
| Charles F. Sobien | ) | |
| Lori Ann Sobien | ) | Chapter 13 |
| | ) | |
| Debtors | ) | RE: Document Nos. 90 & 92 |
| ************************************ | ) | |
| Charles F. Sobien | ) | |
| Lori Ann Sobien | ) | Conciliation Conference: |
| | ) | 1/24/2019 @ 11:00 AM |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

**CERTIFICATE OF SERVICE OF NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN,
AMENDED CHAPTER 13 PLAN DATED 12/18/2018,
DOCUMENTARY PROOF OF PAYMENT AND ORDER OF COURT**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the addresses specified below on December 18, 2018 by the following:

| By First Class U.S. Mail: | Service by Electronic Notification: |
|---|---|
| See Attached List. | Ronda J. Winnecour, Trustee |
| | cmecf@chapter13trusteewdpa.com |

EXECUTED ON: December 18, 2018    By:    /S/ ROBERT H. SLONE
Robert H. Slone, Esquire
MAHADY & MAHADY
223 South Maple Avenue
Greensburg, PA 15601
(724) 834-2990
PA I.D. No. 19963
robertslone223@gmail.com

Bank of America
2380 Performance Drive
Richardson, TX 75082

The Bank of New York Mellon
FKA Bank of America, NA
PO Box 31785
Tampa, FL 33631

Bank of America
1800 Tapo Canyon Road
Simi Valley, CA 93063

Bank of NY Mellon
Bank of America, NA
6001 Dallas Parkway
Addison. TX 75001

Cavalry Investments, LLC
500 Summit Lake Drive, Ste. 400
Valhalla, NY 10595

Credit Collection USA
16 Distributor Dr Ste 1
Morgantown, WV  26501-7209

GC Services
6330 Gulfton St
Houston, TX  77081-1108

Jefferson Capital Systems
PO Box 7999
Saint Cloud, MN  56302-7999

Sprint Nextel Correspondence
Attention: Bankruptcy Dept.
PO Box 7949
Overland Park, KS 66207

Westmoreland Federal S & L
322 Main St
Latrobe, PA  15650-1558

Zucker, Goldberg & Ackerman, LLC
200 Sheffield St Ste 101
Mountainside, NJ  07092-2315

Andrew F. Gornall, Esq.
KML Law Group, PC
BNY Independence Center,
701 Market Street, Ste. 5000
Philadelphia, PA 19106

U.S. Trustee's Office
Liberty Center, Ste. 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Charles and Lori Sobien
332 Solomon Temple Road
Latrobe, PA 15650