IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Charles F. Sobien<br>Lori Ann Sobien<br>       Debtor(s)<br>Ronda J. Winnecour, Chapter 13 Trustee<br>       Movant(s)<br>       vs.<br>Charles F. Sobien<br>Lori Ann Sobien<br>       Respondent(s) | Bankruptcy No. 16-21603-JAD<br><br>Chapter 13<br><br>Doc. No. 104<br><br>Related To Doc. No. 103 |

NOTICE OF TELEPHONIC HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a **telephonic** hearing on the Trustee's motion will be held on **August 5, 2020 at 10:00 a.m. before Judge Jeffery A. Deller.** Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at (866)582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties participating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for Judge Deller's cases, which may be found on the Court's webpage at www.pawb.uscourts.gov. Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **July 20, 2020.**

6/29/2020                    /s/ Ronda J. Winnecour
                             Ronda J. Winnecour (PA I.D. #30399)
                             Attorney and Chapter 13 Trustee
                             U.S. Steel Tower – Suite 3250
                             600 Grant Street
                             Pittsburgh, PA  15219
                             (412) 471-5566
                             cmecf@chapter13trusteewdpa.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 16-21603-JAD
Charles F. Sobien                                               Chapter 13
Lori Ann Sobien
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: msch              Page 1 of 2          Date Rcvd: Jul 01, 2020
                            Form ID: pdf900        Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2020.
```
db/jdb         Charles F. Sobien,    Lori Ann Sobien,   332 Solomon Temple Rd,    Latrobe, PA  15650-9377
cr             BANK OF AMERICA, N.A.,    PO Box 31785,    TAMPA, FL  33631-3785
cr            +BANK OF AMERICA, N.A.,    2380 Performance Dr,    Richardson, TX  75082-4333
cr             Bank of America, N.A.,    The Bank Of New York Mellon FKA The Bank,    PO BOX 31785,
               TAMPA, FL  33631-3785
cr             THE BANK OF NEW YORK MELLON, FKA,    PO BOX 31785,    TAMPA, FL  33631-3785
14221592       Bank of America,    1800 Tapo Canyon Rd,    Simi Valley, CA  93063-6712
14221593       Bank of New York Mellon,    Bank of America, NA,    16001 Dallas Pkwy,   Addison, TX  75001-3311
14221595     ++GC SERVICES LIMITED PARTNERSHIP,    6330 GULFTON,    HOUSTON TX 77081-1198
              (address filed with court:  GC Services,    6330 Gulfton St,    Houston, TX  77081-1108)
14221597       KML Law Group,    BNY Independence Center,,    701 Market St Ste 5000,
               Philadelphia, PA  19106-1541
14290755       THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    Bank of America,    PO BOX 31785,
               Tampa, FL 33631-3785
14221598      +Westmoreland Federal S & L,    322 Main St,    Latrobe, PA 15650-1590
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14258963      +E-mail/Text: bankruptcy@cavps.com Jul 02 2020 06:02:22     Cavalry Investments, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14221594       E-mail/Text: ccusa@ccuhome.com Jul 02 2020 06:00:04      Credit Collection USA,
               16 Distributor Dr Ste 1,    Morgantown, WV  26501-7209
14221596       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 02 2020 06:02:15     Jefferson Capital Systems,
               16 McLeland Rd,    Saint Cloud, MN  56303-2198
14248937       E-mail/Text: appebnmailbox@sprint.com Jul 02 2020 06:01:35     Sprint Corp.,
               Attn Bankruptcy Dept,    PO Box 7949,   Overland Park KS 66207-0949
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             THE BANK OF NEW YORK MELLON Et Al...
cr*            BANK OF AMERICA, N.A.,    PO Box 31785,    TAMPA, FL  33631-3785
cr*            BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA, FL  33631-3785
cr*            BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA, FL  33631-3785
cr*            BANK OF AMERICA, N.A.,    PO Box 31785,    TAMPA, FL  33631-3785
cr*            BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA, FL  33631-3785
cr*            BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA, FL  33631-3785
cr*            BANK OF AMERICA, N.A.,    PO Box 31785,    TAMPA, FL  33631-3785
cr*           +BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA, FL 33631-3785
cr*            Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    PO BOX 31785,
               TAMPA, FL  33631-3785
cr*            Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    PO BOX 31785,
               TAMPA, FL  33631-3785
cr*            Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    PO BOX 31785,
               TAMPA, FL  33631-3785
cr*            Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    PO BOX 31785,
               TAMPA, FL  33631-3785
cr*            Bank of America, N.A.,    The Bank of New York Mellon Fka The Bank,    PO BOX 31785,
               TAMPA, FL  33631-3785
cr*            Bank of America, N.A.,    The Bank of New York Mellon Fka The Bank,    PO BOX 31785,
               TAMPA, FL  33631-3785
cr*            Bank of America, N.A.,    The Bank of New York Mellon Fka The Bank,    PO BOX 31785,
               TAMPA, FL  33631-3785
cr*            Bank of America, N.A.,    The Bank of New York Mellon Fka The Bank,    PO BOX 31785,
               TAMPA, FL  33631-3785
cr*            Bank of America, N.A.,    The Bank of New York Mellon Fka The Bank,    PO BOX 31785,
               TAMPA, FL  33631-3785
cr*            Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    PO BOX 31785,
               TAMPA, FL  33631-3785
cr*            Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    PO BOX 31785,
               TAMPA, FL  33631-3785
cr*            Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    PO BOX 31785,
               TAMPA, FL  33631-3785
14221599     ##Zucker, Goldberg & Ackerman, LLC,    200 Sheffield St Ste 101,    Mountainside, NJ  07092-2315
                                                                                      TOTALS: 1, * 20, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2            User: msch              Page 2 of 2             Date Rcvd: Jul 01, 2020
                                Form ID: pdf900         Total Noticed: 15
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2020 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...
           andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...
           jgoldman@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert H. Slone    on behalf of Joint Debtor Lori Ann Sobien robertslone223@gmail.com,
           rslone@pulsenet.com;G17689@notify.cincompass.com
          Robert H. Slone    on behalf of Debtor Charles F. Sobien robertslone223@gmail.com,
           rslone@pulsenet.com;G17689@notify.cincompass.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```