**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | **Bankruptcy No. 16-21603-JAD** |
| **Charles F. Sobien** ) | |
| **Lori Ann Sobien** ) | **Chapter 13** |
| ) | |
| Debtor ) | **RE: Document No.   107** |
| ********************************* ) | |
| **Ronda J. Winnecour, Chapter 13 Trustee** ) | |
| ) | **Telephonic Hearing Date:** |
| Movant ) | **August 5, 2020 @ 10:00 a.m.** |
| ) | |
| vs. ) | |
| ) | |
| **Charles F. Sobien** ) | |
| **Lori Ann Sobien** ) | |
| ) | |
| Respondents ) | |

**CERTIFICATE OF SERVICE OF RESPONSE TO**
**TRUSTEE'S MOTION TO DISMISS AND PROPOSED ORDER**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties specified below on July 14, 2020 by the following:

Service by Electronic Notification:
Ronda J. Winnecour, Trustee: cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Office of the U.S. Trustee
Liberty Center, Ste. 970
1001 Liberty Avenue
Pittsburgh, PA 15222


EXECUTED ON: July 14, 2020            By:     /s/ ROBERT H. SLONE
                                              Robert H. Slone, Esquire
                                              PA I.D. No. 19963
                                              MAHADY & MAHADY
                                              223 South Maple Avenue
                                              Greensburg, PA 15601
                                              (724) 834-2990
                                              robertslone223@gmail.com