**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/23/20 6:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  CHARLES F. SOBIEN
LORI ANN SOBIEN
       Debtor(s)
  Ronda J. Winnecour, Trustee
   Movant
     vs.
  CHARLES F. SOBIEN
LORI ANN SOBIEN

     Respondents

Bankruptcy No.16-21603-JAD

Chapter 13

Related To Doc. No. 109

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this <u>23rd</u> day of <u>July</u>, 2020, it is hereby ORDERED, ADJUDGED and DECREED that,

US Postal Svc-Authorized Agent
Acctg Svc Ctr - IDU*
2825 Lone Oak Pkwy
Eagan, MN 55121

is hereby ordered to immediately terminate the attachment of the wages of CHARLES F. SOBIEN, social security number XXX-XX-9564. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CHARLES F. SOBIEN.

BY THE COURT:

_____  mas
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
   Debtor(s) Attorney
   Debtor(s) Employer

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Charles F. Sobien  
Lori Ann Sobien  
    Debtors

Case No. 16-21603-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: msch        Page 1 of 1        Date Rcvd: Jul 23, 2020  
                         Form ID: pdf900   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2020.  
db/jdb       Charles F. Sobien,   Lori Ann Sobien,   332 Solomon Temple Rd,   Latrobe, PA 15650-9377  
       +U.S. Postal Service-Authorized Agent,   Acctg Svc Ctr - IDU,   2825 Lone Oak Pkwy,   Eagan, MN 55121-1551

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2020 at the address(es) listed below:  
        Andrew F Gornall   on behalf of Creditor   THE BANK OF NEW YORK MELLON Et Al...  
         andygornall@latouflawfirm.com  
        James Warmbrodt   on behalf of Creditor   THE BANK OF NEW YORK MELLON Et Al...  
         bkgroup@kmllawgroup.com  
        Joshua I. Goldman   on behalf of Creditor   THE BANK OF NEW YORK MELLON Et Al...  
         jgoldman@kmllawgroup.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Robert H. Slone   on behalf of Debtor Charles F. Sobien robertslone223@gmail.com,  
         rslone@pulsenet.com;G17689@notify.cincompass.com  
        Robert H. Slone   on behalf of Joint Debtor Lori Ann Sobien robertslone223@gmail.com,  
         rslone@pulsenet.com;G17689@notify.cincompass.com  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                                                                                    TOTAL: 7