Certificate Number: 05781-PAW-DE-034710188

Bankruptcy Case Number: 16-21603



05781-PAW-DE-034710188

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 27, 2020, at 2:48 o'clock PM PDT, Charles Sobien completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  July 27, 2020

By:    /s/Allison M Geving

Name:  Allison M Geving

Title: President