**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 16-21603-JAD |
| | ) | |
| **Charles F. Sobien** | ) | Chapter 13 |
| **Lori Ann Sobien** | ) | |
| | ) | Document No. |
| Debtors | ) | |
| _____ | ) | |
| **Charles F. Sobien** | ) | |
| **Lori Ann Sobien** | ) | |
| Movants | ) | |
| vs. | ) | |
| | ) | |
| **No Respondent** | ) | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On   July 28, 2020 at docket numbers 114 and 115, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing their *Certification of Completion of Post-petition Instructional Course in Personal Financial Management*, with the *Certificate of Completions* attached to the forms.

    This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: <u>July 30, 2020</u>     By: <u>/s/ ROBERT H. SLONE</u>
                                                                Robert H. Slone, Esquire
                                                                Attorney for Debtors
                                                                PA I.D. No. 19963
                                                                MAHADY & MAHADY
                                                                223 South Maple Avenue
                                                                Greensburg, PA 15601
                                                                (724) 834-2990
                                                                robertslone223@gmail.com