**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Charles F. Sobien
Lori Ann Sobien**
 Debtor(s)

Bankruptcy Case No.: 16−21603−JAD
Related To Doc. No. 120
Chapter: 13
Docket No.: 121 − 120

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 29th of September, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

   1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/21/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

   2. Said Motion is scheduled for hearing on **10/28/20 at 11:00 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

      **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

      In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

   4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

   5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/21/20.**

                                         <u>Jeffery A. Deller</u>
                                         United States Bankruptcy Judge

   cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Charles F. Sobien  
Lori Ann Sobien  
    Debtor(s)

Case No. 16-21603-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: msch     Page 1 of 2  
Date Rcvd: Sep 29, 2020     Form ID: 408     Total Noticed: 15

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Charles F. Sobien, Lori Ann Sobien, 332 Solomon Temple Rd, Latrobe, PA 15650-9377 |
| cr | | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | BANK OF AMERICA, N.A., 2380 Performance Dr, Richardson, TX 75082-4333 |
| cr | | Bank of America, N.A., The Bank Of New York Mellon FKA The Bank, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | | THE BANK OF NEW YORK MELLON, FKA, PO BOX 31785, TAMPA, FL 33631-3785 |
| 14221592 | # | Bank of America, 1800 Tapo Canyon Rd, Simi Valley, CA 93063-6712 |
| 14221593 | | Bank of New York Mellon, Bank of America, NA, 16001 Dallas Pkwy, Addison, TX 75001-3311 |
| 14221597 | | KML Law Group, BNY Independence Center,, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 14290755 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, Bank of America, PO BOX 31785, Tampa, FL 33631-3785 |
| 14221598 | + | Westmoreland Federal S & L, 322 Main St, Latrobe, PA 15650-1590 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14258963 | + | Email/Text: bankruptcy@cavps.com | Sep 30 2020 03:43:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14221594 | | Email/Text: ccusa@ccuhome.com | Sep 30 2020 03:38:00 | Credit Collection USA, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14221595 | | Email/Text: GCSBankruptcy@gcserv.com | Sep 30 2020 03:38:00 | GC Services, 6330 Gulfton St, Houston, TX 77081-1108 |
| 14221596 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 30 2020 03:42:00 | Jefferson Capital Systems, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 14248937 | | Email/Text: appebnmailbox@sprint.com | Sep 30 2020 03:41:00 | Sprint Corp., Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON Et Al... |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 2 of 2 |
| Date Rcvd: Sep 29, 2020 | Form ID: 408 | Total Noticed: 15 |

| | | |
|---|---|---|
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO BOX 31785, TAMPA, FL 33631-3785 |
| 14221599 | ## | Zucker, Goldberg & Ackerman, LLC, 200 Sheffield St Ste 101, Mountainside, NJ 07092-2315 |
| jdb | * | Lori Ann Sobien, 332 Solomon Temple Rd, Latrobe, PA 15650-9377 |

TOTAL: 1 Undeliverable, 21 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2020        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2020 at the address(es) listed below:

**Name**  **Email Address**

Andrew F Gornall
on behalf of Creditor THE BANK OF NEW YORK MELLON Et Al... andygornall@latouflawfirm.com

Brian Nicholas
on behalf of Creditor THE BANK OF NEW YORK MELLON Et Al... bnicholas@kmllawgroup.com

Joshua I. Goldman
on behalf of Creditor THE BANK OF NEW YORK MELLON Et Al... jgoldman@kmllawgroup.com
kevin.shatley@padgettlawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone
on behalf of Joint Debtor Lori Ann Sobien robertslone223@gmail.com rslone@pulsenet.com;G17689@notify.cincompass.com

Robert H. Slone
on behalf of Debtor Charles F. Sobien robertslone223@gmail.com rslone@pulsenet.com;G17689@notify.cincompass.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 7