FILED
10/22/20 5:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    CHARLES F. SOBIEN
    LORI ANN SOBIEN
            Debtor(s)

    Ronda J. Winnecour
            Movant
        vs.
No Repondents.

**DEFAULT O/E JAD**

Bankruptcy No. 16-21603-JAD

Chapter 13

Related To Doc. No. 120

ORDER OF COURT

    AND NOW, this 22nd day of October, 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                                Case No. 16-21603-JAD

Charles F. Sobien                                                                            Chapter 13

Lori Ann Sobien

     Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: aala | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 22, 2020 | Form ID: pdf900 | Total Noticed: 15 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Charles F. Sobien, Lori Ann Sobien, 332 Solomon Temple Rd, Latrobe, PA 15650-9377 |
| cr | | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | BANK OF AMERICA, N.A., 2380 Performance Dr, Richardson, TX 75082-4333 |
| cr | | Bank of America, N.A., The Bank Of New York Mellon FKA The Bank, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | | THE BANK OF NEW YORK MELLON, FKA, PO BOX 31785, TAMPA, FL 33631-3785 |
| 14221592 | # | Bank of America, 1800 Tapo Canyon Rd, Simi Valley, CA 93063-6712 |
| 14221593 | | Bank of New York Mellon, Bank of America, NA, 16001 Dallas Pkwy, Addison, TX 75001-3311 |
| 14221597 | | KML Law Group, BNY Independence Center,, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 14290755 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, Bank of America, PO BOX 31785, Tampa, FL 33631-3785 |
| 14221598 | + | Westmoreland Federal S & L, 322 Main St, Latrobe, PA 15650-1590 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14258963 | + | Email/Text: bankruptcy@cavps.com | Oct 23 2020 02:26:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14221594 | | Email/Text: ccusa@ccuhome.com | Oct 23 2020 02:25:00 | Credit Collection USA, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14221595 | | Email/Text: GCSBankruptcy@gcserv.com | Oct 23 2020 02:25:00 | GC Services, 6330 Gulfton St, Houston, TX 77081-1108 |
| 14221596 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 23 2020 02:26:00 | Jefferson Capital Systems, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 14248937 | | Email/Text: appebnmailbox@sprint.com | Oct 23 2020 02:26:00 | Sprint Corp., Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON Et Al... |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |

District/off: 0315-2

Date Rcvd: Oct 22, 2020

User: aala

Form ID: pdf900

Page 2 of 2

Total Noticed: 15

| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO BOX 31785, TAMPA, FL 33631-3785 |
| 14221599 | ## | Zucker, Goldberg & Ackerman, LLC, 200 Sheffield St Ste 101, Mountainside, NJ 07092-2315 |
| jdb | * | Lori Ann Sobien, 332 Solomon Temple Rd, Latrobe, PA 15650-9377 |

TOTAL: 1 Undeliverable, 21 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2020

Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew F Gornall | on behalf of Creditor THE BANK OF NEW YORK MELLON Et Al... andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON Et Al... bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor THE BANK OF NEW YORK MELLON Et Al... jgoldman@kmllawgroup.com kevin.shatley@padgettlawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone | on behalf of Joint Debtor Lori Ann Sobien robertslone223@gmail.com  rslone@pulsenet.com;G17689@notify.cincompass.com |
| Robert H. Slone | on behalf of Debtor Charles F. Sobien robertslone223@gmail.com  rslone@pulsenet.com;G17689@notify.cincompass.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8